UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

EMIGRANT BANK; AND PACIFIC MERCANTILE BANK                              CASE NO. : 1:20-CV-02391-PGG

                                                    vs                              *Plaintiff*
SUNTRUST BANK; TRUIST BANK; AND DOES 1 THROUGH 10, INCLUSIVE

                                                                                     *Defendant*

## AFFIDAVIT OF SERVICE

State of Georgia }
County of Dekalb } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Georgia.

That on **03/23/2020** at **10:30 AM** at **40 Technology Parkway South, Suite 300, Norcross, GA 30092**

deponent served a(n) **Summons in a Civil Action, Complaint with Exhibits A-G, Civil Cover Sheet**

on **Suntrust Bank c/o Corporation Service Company**, Registered Agent,

by delivering thereat a true copy to **Barry Smith**, **Process Intake Clerk** personally, authorized to accept service thereof.

Description of Person Served:
Gender: Male
Skin: Black
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 9" - 6' 0"
Weight: 161-200 Lbs.

Sworn to before me this
____ day of March, 2020

NOTARY PUBLIC



Paul Tucker

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160