UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMIGRANT BANK AND PACIFIC
MERCANTILE BANK,

                Plaintiffs,

- against -

SUNTRUST BANK, TRUIST BANK, and
DOES 1-10, inclusive,

                Defendants.

**ORDER**

20 Civ. 2391 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **August 28, 2020**;

2. Plaintiffs' opposition is due on **September 25, 2020;** and

3. Defendants' reply, if any, is due on **October 9, 2020**.

Discovery is stayed pending resolution of Defendants' motion to dismiss. The Clerk of Court is respectfully requested to terminate the motions at Dkt. Nos. 13, 16, and 25.

Dated: New York, New York
       July 29, 2020

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge