UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMIGRANT BANK AND PACIFIC
MERCANTILE BANK,

                   Plaintiffs,

- against -

SUNTRUST BANK, TRUIST BANK, and
DOES 1-10, inclusive,

                   Defendants.

**ORDER**

20 Civ. 2391 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference scheduled for July 30, 2020 is adjourned <u>sine</u> <u>die</u>.

Dated:  New York, New York
          July 29, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge