| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>Tel.: (212) 849-7000<br>Fax: (212) 849-7100 | **KING & SPALDING LLP**<br>1185 Avenue of the Americas,<br>35th Floor<br>New York, NY 10036<br>Tel.: (212) 556-2235<br>Fax.: (212) 556-2222 |

October 9, 2020

<u>VIA ECF</u>

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2204
New York, New York 10007

Re:    <u>Emigrant Bank and Pacific Mercantile Bank v. SunTrust Bank, et al.</u>, No. 1:20-cv-02391

Dear Judge Gardephe:

The parties in the above-captioned action write jointly pursuant to Rules I(A) and IV(D) of Your Honor's Individual Rules of Practice to respectfully request that the Court hear oral argument on Defendants' Motion to Dismiss the Complaint (ECF 35).

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ Corey Worcester*<br>_____<br>Corey Worcester<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br><br>(Counsel for Plaintiffs Emigrant Bank<br>and Pacific Mercantile Bank) | Respectfully submitted,<br><br>*/s/ Peter Isajiw*<br>_____<br>Peter Isajiw<br>KING & SPALDING LLP<br><br>(Counsel for Defendants SunTrust Bank<br>and Truist Bank) |