UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMIGRANT BANK AND PACIFIC MERCANTILE BANK,<br><br>          Plaintiffs,<br><br>     v.<br><br>SUNTRUST BANK; TRUIST BANK; AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>          Defendants. | Civil Action No. 1:20-cv-02391-PGG |

**NOTICE OF DEFENDANTS SUNTRUST BANK AND TRUIST BANK'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that the undersigned, attorneys for Defendants Truist Bank and SunTrust Bank (collectively, "SunTrust") in the above-captioned matter, will move this Court before the Hon. Paul G. Gardephe, United States District Judge for the Southern District of New York, 40 Foley Square, New York, NY 10007, at a date and time to be determined by this Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' First Amended Complaint (ECF 45) with prejudice.

The grounds for this motion are set forth in SunTrust's Memorandum of Law In Support of Their Motion to Dismiss the First Amended Complaint and the exhibits attached thereto.

Dated: December 10, 2021         KING & SPALDING LLP

                                 By: /s/   *Peter Isajiw*
                                     Peter Isajiw
                                     Kenneth B. Fowler (admitted *pro hac vice*)
                                     1185 Avenue of the Americas
                                     New York, NY 10036
                                     Phone: 212-556-2235
                                     Fax: 212-556-2222

pisajiw@kslaw.com
kfowler@kslaw.com

David Tetrick, Jr. (admitted *pro hac vice*)
Paige L. Burroughs (*pro hac vice* forthcoming)
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Phone: 404-572-4600
Fax: 404-572-5100
dtetrick@kslaw.com

*Attorneys for Defendants*
*SunTrust Bank and Truist Bank*