# Attachment A

UCS-840
(rev. 07/29/2019)

# REQUEST FOR JUDICIAL INTERVENTION

**SUPREME** COURT, COUNTY OF **NEW YORK**

Index No: _____   Date Index Issued: _____

**For Court Use Only:**
IAS Entry Date
Judge Assigned
RJI Filed Date

**CAPTION** — Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

EMIGRANT BANK; PACIFIC MERCANTILE BANK

Plaintiff(s)/Petitioner(s)

-against-

VIRGO INVESTMENT GROUP LLC; VIRGO SOCIETAS PARTNERS, LLC; VIRGO SOCIETAS PARTNERSHIP III (ONSHORE), L.P.; VIRGO SOCIETAS PARTNERSHIP III (OFFSHORE), L.P.; VIRGO SERVICE COMPANY, LLC; JESSE WATSON; MARK PEREZ; AND DOES 1 THROUGH 10

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING** — Check only one box and specify where indicated.

**COMMERCIAL**
- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☐ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☒ Other Commercial (specify): Fraud, Aiding and Abetting Fraud, Tortious Interference with Contract

*NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.*

**REAL PROPERTY** — Specify how many properties the application includes: _____
- ☐ Condemnation
- ☐ Mortgage Foreclosure (specify):  ☐ Residential   ☐ Commercial
  Property Address: _____
  *NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.*
- ☐ Tax Certiorari
- ☐ Tax Foreclosure
- ☐ Other Real Property (specify): _____

**OTHER MATTERS**
- ☐ Certificate of Incorporation/Dissolution  [see *NOTE* in **COMMERCIAL** section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other (specify): _____

**MATRIMONIAL**
- ☐ Contested
  *NOTE: If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI ADDENDUM (UCS-840M)**.*
  *For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (**UD-13**).*

**TORTS**
- ☐ Asbestos
- ☐ Child Victims Act
- ☐ Environmental (specify): _____
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability (specify): _____
- ☐ Other Negligence (specify): _____
- ☐ Other Professional Malpractice (specify): _____
- ☐ Other Tort (specify): _____

**SPECIAL PROCEEDINGS**
- ☐ CPLR Article 75 (Arbitration) [see *NOTE* in **COMMERCIAL** section]
- ☐ CPLR Article 78 (Body or Officer)
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 (Kendra's Law)
- ☐ MHL Article 10 (Sex Offender Confinement-Initial)
- ☐ MHL Article 10 (Sex Offender Confinement-Review)
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene (specify): _____
- ☐ Other Special Proceeding (specify): _____

**STATUS OF ACTION OR PROCEEDING** — Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ☒ | ☐ | If yes, date filed: 07/09/2021 |
| Has a summons and complaint or summons with notice been served? | ☐ | ☒ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION** — Check one box only and enter additional information where indicated.

- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice   Date Issue Joined: _____
- ☐ Notice of Motion   Relief Requested: _____   Return Date: _____
- ☐ Notice of Petition   Relief Requested: _____   Return Date: _____
- ☐ Order to Show Cause   Relief Requested: _____   Return Date: _____
- ☐ Other Ex Parte Application   Relief Requested: _____
- ☐ Poor Person Application
- ☐ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Writ of Habeas Corpus
- ☒ Other (specify): Assignment to Commercial Division

FILED: NEW YORK COUNTY CLERK 07/09/2021 10:16 PM

INDEX NO. 654350/2021

NYSCEF DOC. NO. 8     Case 1:20-cv-02391-PGG    Document 52-2    Filed 01/07/22    Page 3 of 3     RECEIVED NYSCEF: 07/09/2021

| | | | | |
|---|---|---|---|---|
| **RELATED CASES** | \multicolumn{4}{l}{List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.} |
| **Case Title** | **Index/Case Number** | **Court** | **Judge (if assigned)** | **Relationship to instant case** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**PARTIES**    For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI ADDENDUM (UCS-840A)**.

| Un-Rep | Parties (List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.)) | Attorneys and Unrepresented Litigants (For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email.) | Issue Joined (For each defendant, indicate if issue has been joined.) | Insurance Carriers (For each defendant, indicate insurance carrier, if applicable.) |
|---|---|---|---|---|
| ☐ | Name: Emigrant Bank<br>Role(s): Plaintiff | Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, 212-849-7000, coreyworcester@quinnemanuel.com | ○ YES    ○ NO | |
| ☐ | Name: Pacific Mercantile Bank<br>Role(s): Plaintiff | Corey Worcester, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, 212-849-7000, coreyworcester@quinnemanuel.com | ○ YES    ○ NO | |
| ✔ | Name: Virgo Investment Group, LLC<br>Role(s): Defendant | 1201 Howard Avenue, Suite 300, Burlingame, California 94010 | ○ YES    ⦿ NO | |
| ✔ | Name: Virgo Societas Partners, LLC<br>Role(s): Defendant | 1201 Howard Avenue, Suite 300, Burlingame, California 94010 | ○ YES    ⦿ NO | |
| ✔ | Name: Virgo Societas Partnership III (Onshore), L.P.<br>Role(s): Defendant | 1201 Howard Avenue, Suite 300, Burlingame, California 94010 | ○ YES    ⦿ NO | |
| ✔ | Name: Virgo Societas Partnership III (Offshore), L.P.<br>Role(s): Defendant | 1201 Howard Avenue, Suite 300, Burlingame, California 94010 | ○ YES    ⦿ NO | |
| ✔ | Name: Virgo Service Company LLC<br>Role(s): Defendant | 1201 Howard Avenue, Suite 300, Burlingame, California 94010 | ○ YES    ⦿ NO | |
| ✔ | Name: Jesse Watson<br>Role(s): Defendant | 1201 Howard Avenue, Suite 300, Burlingame, California 94010 | ○ YES    ⦿ NO | |
| ✔ | Name: Mark Perez<br>Role(s): Defendant | 1201 Howard Avenue, Suite 300, Burlingame, California 94010 | ○ YES    ⦿ NO | |
| ✔ | Name: Doe Defendants 1-10<br>Role(s): Defendant | Unknown | ○ YES    ⦿ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES    ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES    ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES    ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES    ○ NO | |
| ☐ | Name:<br>Role(s): | | ○ YES    ○ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: 07/09/2021                                   */s/ Corey Worcester*

                                                                          Signature

4107876                                                    Corey Worcester

Attorney Registration Number                        Print Name