# Attachment C

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> OUR ALCHEMY, LLC, *et al.*, <br><br> *Debtors*.[1] | Chapter 7 <br><br> Case No. 16-11596-JTD <br> (Jointly Administered) <br><br> Related Doc. No. 927, 943 |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC, <br> *Plaintiff*, <br> v. <br><br> ANCONNECT, LLC, *et al.*, <br><br> *Defendants*. | Adv. Pro. No. 18-50633-JTD <br><br> Related Doc. No. 202, 208 |

**ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE PURSUANT TO FED. R. BANKR. P. 9019 FOR AN ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN PLAINTIFF GEORGE L. MILLER, CHAPTER 7 TRUSTEE AND DEFENDANTS VIRGO INVESTMENT GROUP, LLC; VIRGO SOCIETAS PARTNERS, LLC; VIRGO SOCIETAS PARTNERSHIP III (ONSHORE), L.P.; VIRGO SOCIETAS PARTNERSHIP III (OFFSHORE), L.P.; VIRGO SERVICE COMPANY, LLC; OA INVESTMENT PARTNERS, LLC; OA INVESTMENT HOLDINGS, LLC; JESSE WATSON; MARK PEREZ; AND TODD DORFMAN**

Upon consideration of the Motion of Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for an Order Approving Settlement Agreement Between Plaintiff George L. Miller, Chapter 7 Trustee and Defendants Virgo Investment Group, LLC; Virgo Societas Partners, LLC; Virgo Societas Partnership III (Onshore), L.P.; Virgo Societas Partnership III (Offshore), L.P.; Virgo Service Company, LLC; OA Investment Partners, LLC; OA Investment Holdings, LLC; Jesse Watson; Mark Perez; and Todd Dorfman (the "Motion"),[2] and after notice and hearing; and the

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.

[2] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

\54640788\3 00601.0823.000/390810.000  11/16/2021

Bankruptcy Court being satisfied that the Virgo Defendants Settlement Agreement represents a fair and equitable settlement which meets or exceeds the required range of reasonableness; and the relief requested in the Motion appearing to be in the best interests of the Estates and the Debtors' creditors; and sufficient notice of the Motion and opportunity for a hearing having been given it is hereby

**ORDERED:**

1. The Motion is **GRANTED**.

2. The Trustee is authorized to enter into the Virgo Defendants Settlement Agreement attached as Exhibit "A" to the Motion and the Virgo Defendants Settlement Agreement is **APPROVED**.

3. The Trustee is hereby authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Virgo Defendants Settlement Agreement.

4. Notice of the Motion given to the Notice Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

5. While Section 13 of the Virgo Defendants Settlement Agreement contemplates the Trustee requesting a Bar Order, this Order makes no determination with respect to the merits of the contemplated request for a Bar Order. Further, this Order does not bar or release and has no effect whatsoever on any claim alleged in the State Court Litigation (as defined in paragraph 10.J. of the Motion) or any other litigation and does not affect the rights of any party or person in connection with the request for a Bar Order to be filed by the Trustee pursuant to Section 13 of the Virgo Defendants Settlement Agreement.

\54640788\3 00601.0823.000/390810.000  11/16/2021

6. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Virgo Defendants Settlement Agreement and/or this Order.

**Dated: November 17th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

3

\54640788\3 00601.0823.000/390810.000  11/16/2021