# Attachment E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OUR ALCHEMY, LLC, *et al.*,<br><br>               *Debtors*.[1] | Chapter 7<br><br>Case No. 16-11596-JTD<br>(Jointly Administered)<br><br>Related Doc. No. 928, 941 |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Our Alchemy, LLC and Anderson Digital, LLC,<br>               *Plaintiff*,<br>v.<br><br>ANCONNECT, LLC, *et al.*,<br><br>               *Defendants*. | Adv. Pro. No. 18-50633-JTD<br><br>Related Doc. No. 203, 206 |

**ORDER APPROVING MOTION OF CHAPTER 7 TRUSTEE PURSUANT TO FED. R. BANKR. P. 9019 FOR AN ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN PLAINTIFF GEORGE L. MILLER, CHAPTER 7 TRUSTEE AND DEFENDANT STEPHEN LYONS**

Upon consideration of the Motion of Chapter 7 Trustee Pursuant to Fed. R. Bankr. P. 9019 for an Order Approving Settlement Agreement Between Plaintiff George L. Miller, Chapter 7 Trustee and Defendant Stephen Lyons (the "Motion"),[2] and after notice and hearing; and the Bankruptcy Court being satisfied that the Lyons Defendant Settlement Agreement represents a fair and equitable settlement which meets or exceeds the required range of reasonableness; and the relief requested in the Motion appearing to be in the best interests of the Estates and the Debtors' creditors; and sufficient notice of the Motion and opportunity for a hearing having been given it is hereby

---

[1] The Debtors are: Our Alchemy, LLC, Case No. 16-11596 and Anderson Digital, LLC, Case No. 16-11597.
[2] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

\54847104\1 00601.0823.000/390810.000 10/26/2021

**ORDERED:**

1. The Motion is **GRANTED**.

2. The Trustee is authorized to enter into the Lyons Defendant Settlement Agreement attached as Exhibit "<u>A</u>" to the Motion and the Lyons Defendant Settlement Agreement is **APPROVED**.

3. The Trustee is hereby authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Lyons Defendant Settlement Agreement.

4. Notice of the Motion given to the Notice Parties, as provided in the Motion, is adequate, sufficient and satisfies the required notice to be provided of the Motion.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Lyons Defendant Settlement Agreement and/or this Order.

**Dated: November 17th, 2021**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

2

\54847104\1 00601.0823.000/390810.000  10/26/2021