# Attachment J

Juan De Jesus-Caballero<br>
Senior Vice President<br>
Asset Resolution Group<br>
SunTrust Bank now Truist<br>
4777 Sharon Rd, 3rd Floor<br>
Charlotte, NC 28210<br>
Juan.DeJesus-Caballero@truist.com

March 9, 2021

**VIA E-MAIL**

| | |
|---|---|
| Mr. Howard Milstein<br>Chairman<br>Emigrant Bank<br>6 East 43rd Street<br>New York, NY 10017<br>HPM@emigrant.com | Ms. Anna Bagdasarian<br>SVP, Group Manager<br>Preferred Bank<br>600 California Street, Suite 550<br>San Francisco, CA 94108-2729<br>anna.bagdasarian@preferredbank.com |
| Ms. Debra Newbrough<br>SVP, Special Assets<br>Pacific Mercantile Bank<br>9720 Wilshire Blvd., Suite 210<br>Beverly Hills, CA 90212<br>Debra.Newbrough@pmbank.com | Mr. Jared Underwood<br>CEO<br>Aperture Media Partners<br>8730 Sunset Blvd., Suite 490<br>West Hollywood, CA 90069<br>UnderwoodJ@aperturemediapartners.com |

**Re:    Distributions from Our Alchemy Bankruptcy Trustee**

Dear Mr. Milstein, Ms. Newbrough, Ms. Bagdasarian, and Mr. Underwood:

As you know, SunTrust Bank now Truist Bank serves as the Administrative Agent under the Amended and Restated Revolving Credit and Term Loan Agreement dated July 9, 2015 ("Credit Agreement"), pursuant to which Our Alchemy, LLC ("Our Alchemy") as "Borrower" obtained a revolving credit and term loan facility from the Lenders. Our Alchemy petitioned for bankruptcy protection in 2016, and its bankruptcy case remains pending.

On or about December 17, 2020, the Administrative Agent received a distribution in the amount of $29,769.36 from the Our Alchemy Bankruptcy Trustee. On or about February 10, 2021, the Administrative Agent received an additional distribution in the amount of $1,164,367.65. Pursuant to the terms of the Credit Agreement (including without limitation Section 8.2), the Administrative Agent has applied $955,854.47 on account of reimbursable expenses of the Administrative Agent. The remaining amount of $238,282.54 is being distributed to the Lenders.

March 9, 2021
Page 2

Thank you for your attention to this matter.

Sincerely,

*Juan De Jesus-Caballero*