# KING & SPALDING

1185 Avenue of the Americas
New York, NY 10036
www.kslaw.com

**Peter Isajiw**
Partner
Tel:  +1 212 556 2235
Fax:  +1 212 556 2222
pisajiw@kslaw.com

April 12, 2022

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 705
New York, NY 10007

> Re:   *Emigrant Bank and Pacific Mercantile Bank v. SunTrust Bank, et al.*,
> No. 1:20-cv-02391 (S.D.N.Y.)

Dear Judge Gardephe:

We represent Defendants SunTrust Bank and Truist Bank (collectively, "SunTrust") in the captioned matter.  Pursuant to Your Honor's Individual Rules of Practice Section IV(H), SunTrust informs the Court that SunTrust's motion to dismiss Plaintiffs' Amended Complaint (ECF 52) has been fully submitted for more than 90 days and has not been decided.  (*See* SunTrust Reply Brief, ECF 55, filed January 7, 2022.)

Respectfully submitted,

*/s/   Peter Isajiw*

Peter Isajiw

cc:     All counsel via ECF