**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------x
EMIGRANT BANK AND PACIFIC MERCANTILE        :
BANK,                                        :
                                             :   20-cv-2391 (PGG) (OTW)
                         Plaintiffs,         :
                                             :   ORDER
            -against-                        :
                                             :
SUNTRUST BANK et al.,                        :
                                             :
                         Defendants.         :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 80 and 85. Plaintiffs are directed to respond to ECF 85 according to my Individual Practices, **by Friday, July 28, 2023**. Any party who wishes to respond regarding Virgo Investment Group LLC's request to intervene (*see* ECF Nos. 80 and 85) must do so **by Friday, July 28, 2023**.

SO ORDERED.

Dated: July 20, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge