**ALLEN & OVERY**

| | |
|---|---|
| **By ECF** | **Allen & Overy LLP** |
| | 1221 Avenue of the Americas |
| The Honorable Ona T. Wang | New York, NY 10020 |
| United States Magistrate Judge | |
| Daniel Patrick Moynihan U.S. Courthouse | Tel          212 610 6300 |
| 500 Pearl Street | Fax         212 610 6399 |
| New York, NY 10007 | Direct line   212 610 6384 |
| | Emanuel.Grillo@AllenOvery.com |

September 15, 2023

Re:   *Emigrant Bank and Pacific Mercantile Bank v. SunTrust Bank et. al.*, No. 1:20-cv-02391 (PGG) (OTW)

Dear Judge Wang:

We write in our role as co-counsel with Daniels & Treddenick, PLLC, on behalf of our clients, non-parties Virgo Societas Partnership III (Onshore), L.P. ("Onshore"), Virgo Societas Partnership III (Offshore), L.P. ("Offshore"), and Virgo Investment Group LLC ("VIG," collectively, with Onshore and Offshore, the "Virgo Parties"), in connection with the status conference scheduled to take place in the above-referenced action on Wednesday, September 20, 2023, at 11:00 a.m. *See* ECF No. 98.

We write to respectfully request your leave to use a short PowerPoint presentation as a demonstrative aid during the conference. If your Honor is amendable to this request, we ask that your Honor endorse this letter at which time we will submit a proposed Electronic Device Order, via email, in accordance with Rule I (g) of your Individual Practices in Civil Cases.

We will also be prepared to provide hard copies of the presentation for your Honor, clerks, and opposing counsel at the conference. We are happy to coordinate with your clerk or courtroom deputy on any logistical issues, including access to the courtroom's screen projector.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C.

Respectfully Submitted,

ALLEN & OVERY LLP

By: /s/ *Emanuel C. Grillo*
Emanuel C. Grillo
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
Emanuel.Grillo@allenovery.com

*Attorneys for non-parties Virgo Societas Partnership III (Onshore), L.P., Virgo Societas Partnership III (Offshore), L.P., and Virgo Investment Group LLC*