**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
EMIGRANT BANK AND PACIFIC MERCANTILE BANK,

                    Plaintiffs,

      -against-

SUNTRUST BANK et al.,

                    Defendants.
------------------------------------------------------------x

20-cv-2391 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on September 20, 2023.

As discussed at the conference, Plaintiffs' two subpoenas, to Baker Tilly and Nu Image, may seek discovery that is duplicative, not relevant, untimely, and/or protected from disclosure. The parties, and the Virgo nonparties, are directed to file supplemental letter briefs addressing these issues, as ordered at the conference, **by Friday, September 29, 2023**. Counsel for the Virgo nonparties are directed to file the PowerPoint used at the conference **by Friday, September 22, 2023**. The parties are directed to refer to the transcript of the September 20, 2023, conference for greater detail on the Court's questions and rulings.

      **SO ORDERED.**

Dated: September 20, 2023
      New York, New York

                                            _s/ Ona T. Wang_
                                              **Ona T. Wang**
                                    United States Magistrate Judge