# Exhibit 1

## **DECLARATION OF William A Chapman**

I, William A Chapman declare as follows:

1. I am a Partner of Baker Tilly US LLP f/k/a Baker Tilly Virchow Krause, LLP ("Baker Tilly"). I am authorized to make this declaration for and on Baker Tilly's behalf.

2. I have personal knowledge of the facts set forth herein. All facts herein are based on my personal knowledge and my review of Baker Tilly's records and files, which are prepared contemporaneously in the regular course of business. If called as a witness, I could and would competently testify to the matters stated herein.

3. In or around January 2014, Baker Tilly understood that Virgo Investment Group, LLC ("Virgo") was contemplating funding the acquisition of Our Alchemy, LLC f/k/a Millennium Entertainment, LLC ("Alchemy").

4. On or around January 13, 2014, Baker Tilly entered into an engagement with Virgo to perform certain due diligence procedures and provide a written summary of its findings (the "Report") relating to Alchemy.

5. To the best of my knowledge and recollection, the documents relied on by Baker Tilly in creating the Report came solely from a confidential dataroom hosted by Alchemy for the acquisition process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of September, 2023, at Cook County, Illinois.

By: *(signature)* William A Chapman
Title: Partner
Baker Tilly US LLP