# Exhibit 11

# Allegation Comparison Chart

| Trustee Action<br>*George Miller v. ANConnect, et al.,*<br>Adv. Proc. No. 18-50633 (Bankr. Del.) | This Action<br>*EmigrantBank v. SunTrust Bank, et al.,*<br>Case No. 20-2391 (S.D.N.Y.) | |
|---|---|---|
| **Complaint (ECF 1)** | **First Amended Complaint (ECF 45)** | **Hearing** |
| **Case Filed on June 29, 2018** | **Case Filed on March 18, 2020** | **September 20, 2023** |
| ¶35  Upon the closing of the September 2014 SunTrust Facility, **Calrissian** – acting through Mark Perez – **caused Alchemy to draw $14,539,123.65 out of the SunTrust loan proceeds and transfer that $14,539,123.65 to Calrissian** (Alchemy's sole member) as an equity distribution (the "Calrissian Distribution"). | ¶41  On September 4, 2014, upon the closing of the 2014 Credit Agreement, **Virgo**—acting through Perez—**caused Alchemy to draw $14,539,123.65 from the credit facilities and transfer that sum to Calrissian** (the "Virgo Distribution"). | **Page 30:10-19**  "And one fact that I think has been left out here today is that after those funds became available from the lenders, **Virgo caused Alchemy to draw funds from the credit facility, transfer those funds to Calrissian, and then to itself.** So it's created Calrissian as a guarantor and has siphoned funds through Calrissian, while attempting to shield itself from liability for those debts. |
| ¶39  Subsequently, on September 17, 2014, **Calrissian made (i) a $7,110,756.29 transfer to Virgo Onshore, and (ii) a $7,411,931.38 transfer to Virgo Offshore, totaling $14,522,687.67.** The remaining $16,435.98 (i.e., the remainder of the Calrissian Distribution, after the September 17, 2014 transfers to Virgo Onshore and Virgo Offshore) remained in Calrissian's bank account. | ¶42  Shortly thereafter, on September 17, 2014, **Calrissian paid the money to Virgo in two payments: (i) a $7,110,756.29 transfer to Virgo Onshore, and (ii) a $7,411,931.38 transfer to Virgo Offshore, totaling $14,522,687.67.** Calrissian kept only $16,435.98 (*i.e.*, about one-tenth of one percent of the Virgo Distribution) and Alchemy kept none. | |
| ¶38  The Calrissian Distribution had the effect of doubling Alchemy's bank debt, from approximately $15 million, to over $31 million. | ¶43  The Virgo Distribution had the effect of doubling Alchemy's debt, from approximately $15 million to over $31 million . . . . | |