UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMIGRANT BANK AND PACIFIC MERCANTILE BANK,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUNTRUST BANK; TRUIST BANK; AND DOES 1 THROUGH 10 INCLUSIVE,<br><br>    Defendants. | Civil Action No. 1:20-cv-02391-PGG |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) and (c) of the Federal Rules of Civil Procedure, and consistent with the parties' joint letter dated November 2, 2023 (ECF No. 126), Defendant Truist Bank, successor by merger to Defendant SunTrust Bank (together, "Truist"), hereby gives notice of voluntary dismissal of Counterclaims III and IV of Truist's Amended Answer and Counterclaims (ECF No. 91). Such voluntary dismissal is proper under Rule 41(c)(1) because Plaintiffs have not filed an answer to Truist's Counterclaims.

Dated: November 8, 2023

                                                    Respectfully submitted,

                                                    */s/ Kenneth B. Fowler*
                                                    Kenneth B. Fowler (admitted *pro hac vice*)
                                                    Peter Isajiw
                                                    **KING & SPALDING LLP**
                                                    1185 Avenue of the Americas
                                                    New York, NY 10036
                                                    Telephone: (212) 556-2227
                                                    Facsimile:  (212) 556-2222
                                                    kfowler@kslaw.com
                                                    pisajiw@kslaw.com

David Tetrick, Jr. (admitted *pro hac vice*)
Kevin O'Brien
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-3526
dtetrick@kslaw.com
kobrien@kslaw.com

*Counsel for Defendants*