**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
**coreyworcester@quinnemanuel.com**

November 17, 2023

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2204
New York, NY 10007

Re:  *Emigrant Bank, et al. v. SunTrust Bank, et al.*, No. 1:20-cv-02391-PGG-OTW

Dear Judge Gardephe:

Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") represents Plaintiffs Emigrant Bank and Pacific Mercantile Bank (together, "Plaintiffs") in the above-captioned action. We write to inform the Court that Jennifer Nassiri, prior counsel for Plaintiffs, is no longer employed by Quinn Emanuel. We therefore respectfully request that Ms. Nassiri be withdrawn as counsel for Plaintiffs and that Your Honor direct the Clerk's office to terminate Ms. Nassiri from the docket and service list in this case.

Corey Worcester, Gary Gans (*pro hac vice*), Sage Vanden Heuvel (*pro hac vice*), and Leigha Empson remain counsel of record for Plaintiffs. As such, Ms. Nassiri's withdrawal will not affect any discovery, trial, or other such dates pending in this matter.

If the Court approves of this request, we respectfully request that it "So Order" this letter. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Corey Worcester*
Corey Worcester