**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EMIGRANT BANK; AND PACIFIC MERCANTILE BANK,<br><br>    Plaintiffs,<br><br>    -against-<br><br>SUNTRUST BANK; TRUIST BANK; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Civil Action No. 1:20-cv-02391-PGG-OTW |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shane Flanagan of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, New York, New York 10010, hereby appears on behalf of Plaintiffs Emigrant Bank and Pacific Mercantile Bank in the above-captioned matter.

I hereby certify that I am admitted to practice in the Southern District of New York.

Dated: January 9, 2024

By: */s/ Shane Flanagan*
Shane Flanagan
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849–7000
Facsimile: (212) 849–7100
shaneflanagan@quinnemanuel.com

*Attorney for Plaintiffs*

07601-00001/14643702.1