UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMIGRANT BANK; AND PACIFIC MERCANTILE BANK,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>SUNTRUST BANK; TRUIST BANK; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　　　　　　Defendants. | Case No. 1:20-cv-02391-PGG-OTW |

## JOINT STIPULATION AND SCHEDULING ORDER

WHEREAS, the Court entered a Civil Case Management Plan and Scheduling Order on April 13, 2023 (ECF No. 71, the "Case Management Plan");

WHEREAS, by joint request of the parties, the Court granted an extension of certain deadlines in the Case Management Plan on July 27, 2023 (ECF No. 92) and a second extension of certain deadlines in the Case Management Plan on September 19, 2023 (ECF No. 106);

WHEREAS, the Parties timely exchanged their opening expert reports on December 14, 2023, and their rebuttal expert reports on January 18, 2024;

WHEREAS, the Parties are proceeding expeditiously with expert depositions but agree that they require a brief two-day extension of the deadline to complete expert depositions to accommodate the schedules of counsel and the Parties' experts; and

WHEREAS, the requested two-day extension of the deadline to complete expert discovery will not affect the remaining case deadlines;

IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern this action and replace the operative deadlines set forth in ECF No. 106:

| **Event** | **Current Deadline** | **Proposed New Deadline** |
| --- | --- | --- |
| All Expert Discovery Completed | February 14, 2024 | February 16, 2024 |
| Pre-Motion Letters re Dispositive Motions Due | February 21, 2024 | February 21, 2024 (no change) |
| Oppositions to Pre-Motion Letters re Dispositive Motions Due | February 28, 2024 | February 28, 2024 (no change) |

Dated: January 31, 2024

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Corey Worcester*
Corey Worcester
Leigha Empson
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Gary E. Gans (*pro hac vice*)
Sage R. Vanden Heuvel (*pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiffs Emigrant Bank and Pacific Mercantile Bank*

Dated: February 1, 2024
New York, New York

**KING & SPALDING LLP**

*/s/ Kenneth B. Fowler*
Peter Isajiw
Kenneth B. Fowler (*pro hac vice*)
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2235
Facsimile: (212)-556-2222

David Tetrick, Jr. (*pro hac vice*)
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for Defendant Truist Bank, successor by merger to Defendant SunTrust Bank*

SO ORDERED.

*[signature: Paul S. Gardephe]*

Paul G. Gardephe
United States District Judge