**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
EMIGRANT BANK AND PACIFIC MERCANTILE BANK,

                    Plaintiffs,

        -against-

SUNTRUST BANK et al.,

                    Defendants.
-------------------------------------------------------------x

20-CV-2391 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Judge Gardephe amended his order of reference in this case on February 5, 2024, and has now referred it to me for General Pretrial and three outstanding discovery motions, ECF Nos. 133, 140, and 154. (ECF 155). At his October 26, 2023 conference, Judge Gardephe expressed concern that discovery "needs to get wrapped up", emphasizing "we need to bring it to resolution as quickly as possible." (ECF 127 at 22). In my November 13, 2023, Opinion and Order, I addressed the limited third-party discovery disputes that had been referred to me at that time and stated that resolution of these disputes appears to be the only outstanding third-party fact discovery, which should now be closed. (ECF 131). Fact discovery closed on December 7, 2023 (ECF 106) and expert discovery is scheduled to end on February 16, 2024. (ECF 153).

The Court will hold an in-person post-discovery conference in this matter on **Thursday, April 11, 2024 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007 to resolve any remaining discovery issues in this case. The parties are directed to file a joint proposed agenda **by Friday, March 29, 2024**, <u>concisely</u> setting out all remaining discovery disputes **and**

**the steps taken to resolve these disputes without Court intervention**. The Virgo nonparties are directed to attend the in-person conference.

**The parties should not expect favorable rulings on any new fact discovery requests served after December 7, 2023**.

**SO ORDERED.**

Dated: February 6, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge