# EXHIBIT 5

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
EMIGRANT BANK and PACIFIC           )
MERCANTILE BANK,                    )
                                    )
          Plaintiffs,               )
                                    ) Case No.
     vs.                            ) 1:20-cv-02391-PGG-OTW
                                    )
SUNTRUST BANK; TRUIST BANK;         )
and DOES 1 through 10,              )
inclusive,                          )
                                    )
          Defendants.               )
_____)


DEPOSITION OF REX BOWRING

Tuesday, December 5, 2023


Reported by:
KATHLEEN E. BARNEY
CSR No. 5698

Page 2

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3
 4   _____
                                     )
 5   EMIGRANT BANK and PACIFIC       )
     MERCANTILE BANK,                )
 6                                   )
             Plaintiffs,             )
 7                                   )Case No.
        vs.                          )1:20-cv-02391-PGG-OTW
 8                                   )
     SUNTRUST BANK; TRUIST BANK;     )
 9   and DOES 1 through 10,          )
     inclusive,                      )
10                                   )
             Defendants.             )
11   _____)
12
13            Deposition of REX BOWRING, taken on
14   behalf of Plaintiffs, beginning at 9:03 a.m. and
15   ending at 7:01 p.m. on Tuesday, December 5, 2023,
16   before KATHLEEN E. BARNEY, Certified Shorthand
17   Reporter No. 5698.
18
19
20
21
22
23
24
25
```

```
                                                    Page 3
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4
 5       QUINN EMANUEL URQUHART & SULLIVAN, LLP
 6       BY:   GARY GANS
 7             KAYLA ROONEY
 8       Attorneys at Law
 9       865 South Figueroa Street
10       10th Floor
11       Los Angeles, California 90017
12       garygans@quinnemanuel.com
13
14
15   For Defendants:
16
17       KING & SPALDING
18       BY:   DAVID TETRICK   (Via Zoom)
19       Attorney at Law
20       1180 Peachtree Street, NE
21       Suite 1600
22       Atlanta, Georgia  30309
23       dtetrick@kslaw.com
24
25
```

```
                                                          Page 4
 1    APPEARANCES (continued):
 2
 3    Videographer:
 4
 5         STEVEN TOGAMI
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                      Page 260
 1   operate the business?
 2       A    No, because we had significant payables in
 3   arrears that was significant past due.
 4       Q    Do you recall that Mr. Perez directed you to
 5   wire the 2 million dollars to Virgo on Wednesday
 6   that week?
 7       A    I don't recall from my memory at this point.
 8            MR. GANS:  All right.  I'd like to have
 9   marked as Exhibit 136 a one-page email from
10   Mr. Perez to Mr. Bowring, Bates stamped ALC00629913.
11            (Exhibit 136 was marked for identification
12       and is attached hereto.)
13   BY MR. GANS:
14       Q    Did you receive a copy of this email in
15   December of 2015?
16       A    Yes.
17       Q    And it says:
18                "Rex - as a heads-up, I've been
19            alerted by my ops team that there is
20            around $75,000 of expenses that Virgo
21            has related to Alchemy...travel, FTI
22            retainer, et cetera, that we need to
23            get reimbursed.  Ben will get you the
24            final details.  Thanks."
25            Do you see that?
```

Page 261

1   A   Yes.
2   Q   And was it your understanding that Mr. Perez
3   was asking that about $75,000 of Virgo's expenses be
4   reimbursed at that time?
5   A   Yes.
6   Q   Did you think that that would leave Alchemy
7   with insufficient cash to pay its vendors?
8   A   If we paid it, yes.
9   Q   Did Mr. Perez authorize that payment?
10  A   I'd have to look at other emails.  At this
11  point when I read this email, it's just a head-up.
12  I interpreted this as just they needed to get
13  reimbursed and put it into the cash flow schedule
14  and -- the 13-week cash flow schedule.  And then
15  when I get direction, because it was going from
16  Virgo expenses, then I would have -- only when I got
17  direction from Mark Perez or Bill Lee, then I would
18  have released that wire.
19       But in this particular case, I believe Bill
20  Lee was gone, so I was taking direction
21  realistically from Mark Perez unless Scott Guthrie
22  interjected.
23       MR. GANS:  I'd like to have marked as
24  Exhibit 137 a one-page email chain Bates stamped
25  ALC00558837.