# ALLEN & OVERY

<u>VIA ECF</u>

The Honorable Paul G. Gardephe
United States District Court Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2204

Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Direct line      +1 212-610-6384
Mobile           +1 646-574-1726
Personal fax     +1 212-610-6399
Emanuel.Grillo@allenovery.com

March 4, 2024

Re:   *Emigrant Bank and Pacific Mercantile Bank v. SunTrust Bank, et al.*, No. 1:20-cv-02391

Dear Judge Gardephe:

    We represent non-parties Virgo Investment Group LLC, Virgo Societas Partnership III (Offshore), L.P., and Virgo Societas Partnership III (Onshore), L.P. (collectively "Virgo") and write pursuant to Rule II B of Your Honor's Individual Rules of Practice and in response to Defendant Truist Bank ("Truist")'s letter requesting leave to file temporarily under seal Exhibits A, C, and E to its response to Plaintiffs' pre-motion letter regarding Plaintiffs' motion for partial summary judgment, ECF No. 159. We have conferred with counsel for Truist and do not oppose the publication of Exhibit E.

    As to Exhibits A and C, Virgo cannot take a position at this time. No party has shared with Virgo a copy of Plaintiffs' expert reports to allow Virgo the opportunity to evaluate its confidentiality interests in the Virgo-produced documents referenced in Exhibits A and C. As a result, to the extent that this Court intends to rule with respect to the sealing or redacting of such exhibits, Virgo respectfully requests the opportunity to review the Virgo-produced documents referenced in Exhibits A and C before any such ruling is made and entered.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C.

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ *Emanuel C. Grillo*
Emanuel C. Grillo
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
Emanuel.Grillo@allenovery.com

*Attorneys for non-parties Virgo Investment Group LLC, Virgo Societas Partnership III (Offshore), L.P., and Virgo Societas Partnership III (Onshore), L.P.*