**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

EMIGRANT BANK AND PACIFIC MERCANTILE BANK,

                    Plaintiffs,

      -against-

SUNTRUST BANK et al.,

                    Defendants.

------------------------------------------------------------x

20-CV-2391 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

       The Court held an in-person status conference in this matter on **Thursday, April 11, 2024**, during which the Court made rulings on the record. As discussed at the conference, fact discovery closed on December 7, 2023. Fact discovery is extended to **May 10, 2024**, **solely** for the limited continued deposition of Mr. De Jesus-Caballero and the production of Mr. Bowring's handwritten notes, as discussed at the conference. Expert discovery is also closed as of February 16, 2024.

       The parties are directed to refer to the April 11, 2024 conference transcript for further details on the Court's rulings.

       The Clerk of Court is respectfully directed to close ECF Nos. 133 and 140.

       **SO ORDERED.**

Dated: April 11, 2024
      New York, New York

                                        *s/ Ona T. Wang*
                                           **Ona T. Wang**
                                  United States Magistrate Judge