UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMIGRANT BANK and PACIFIC MERCANTILE
BANK,

                Plaintiffs,

      -against-

SUNTRUST BANK, TRUIST BANK, and DOES 1
THROUGH 10, INCLUSIVE,

                Defendants.

1:20-CV-2391 (PGG)

## **NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

        PLEASE TAKE NOTICE that as a result of the combination of Allen & Overy LLP and Shearman & Sterling LLP, effective May 1, 2024 the name of the firm representing the undersigned non-parties Virgo Societas Partnership III (Onshore), L.P., Virgo Societas Partnership III (Offshore), L.P., and Virgo Investment Group LLC is Allen Overy Shearman Sterling US LLP.  The new email address of counsel is emanuel.grillo@aoshearman.com.   The mailing address, telephone number, and facsimile number will for now remain the same.

Dated: New York, New York
May 1, 2024

Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

By: /s/ Emanuel C. Grillo
Emanuel C. Grillo
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399
Email: emanuel.grillo@aoshearman.com

*Attorneys for non-parties Virgo Societas
Partnership III (Onshore), L.P., Virgo Societas Partnership III
(Offshore), L.P., and Virgo Investment Group LLC*