# A&O SHEARMAN

<u>**VIA ECF**</u>

The Honorable Paul G. Gardephe
United States District Court Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2204

**Allen Overy Shearman Sterling US LLP**
1221 Avenue of the Americas
New York, NY 10020

Direct line        +1 212-610-6384
Mobile            +1 646-574-1726
Personal fax      +1 212-610-6399
Emanuel.Grillo@aoshearman.com

May 13, 2024

Re:    ***Emigrant Bank and Pacific Mercantile Bank v. SunTrust Bank, et al.*, No. 1:20-cv-02391**

Dear Judge Gardephe:

We write on behalf of our clients, non-parties Virgo Investment Group LLC ("VIG"), Virgo Societas Partnership III (Offshore), L.P., and Virgo Societas Partnership III (Onshore), L.P. (collectively the "Virgo Parties") in response to Your Honor's Order requesting that Plaintiffs, Defendants, and the Virgo Parties make supplemental submissions regarding the New York County Supreme Court's default judgment. *See* ECF No. 175.

As intervenors for the limited purpose of responding to certain discovery requests, *see* ECF Nos. 80, 85, 97, and 133, the Virgo Parties submit that the New York County Supreme Court's default judgment in *SunTrust Bank v. Calrissian LP and Virgo Service Company LLC,* No. 654148/2016 (N.Y. Sup. Ct.) has no impact on the discovery matters to which the Virgo Parties intervened nor on Magistrate Judge Wang's rulings on those matters, ECF Nos. 131, 169.

By way of background, Calrissian LP was the guarantor on the loan made by the parties in this action and never had any assets other than its equity interests in Our Alchemy LLC, the borrower. Although not a party to the loan agreement at issue, Virgo Service Company ("VSC") was the general partner of Calrissian and, as such, did not offer defenses to the claims asserted by SunTrust when VSC was added to that lawsuit in New York State Supreme Court.

VIG—the principal entity at issue in the Virgo Parties' discovery motions, ECF Nos. 97 and 133—was not the "parent of Calrissian LP," ECF No. 175 at 1. VIG was only the investment manager of two of the limited partners of Calrissian LP, namely Virgo Societas Partnership III (Offshore), L.P., and Virgo Societas Partnership III (Onshore), L.P. *See* ECF No. 108-1 at 3 (Virgo Parties 2014 Structure).

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.
Allen Overy Shearman Sterling US LLP is an affiliate of Allen Overy Shearman Sterling LLP. Allen Overy Shearman Sterling LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Austin, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dallas, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Houston, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Menlo Park, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C.

Whether SunTrust did or did not have an obligation to pursue claims against any unspecified Virgo entity under the credit agreement as demanded by the Plaintiffs, SunTrust clearly exercised rights, pursued remedies and obtained judgments against (i) the guarantor Calrissian, a limited partnership, under the credit agreement; and (ii) VSC, its general partner, which was not a party to the credit agreement under New York law.  Neither judgment has any bearing on the principal claim in this case, that is, whether a breach of the credit agreement by SunTrust occurred and what if any defenses may be asserted to such a claim.

Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

By: /s/ *Emanuel C. Grillo*
Emanuel C. Grillo
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
Emanuel.Grillo@aoshearman.com

*Attorneys for non-parties Virgo Investment Group LLC, Virgo Societas Partnership III (Offshore), L.P., and Virgo Societas Partnership III (Onshore), L.P.*