| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>Tel.: (212) 849-7000<br>Fax: (212) 849-7100 | **KING & SPALDING LLP**<br>1185 Avenue of the Americas,<br>35th Floor<br>New York, NY 10036<br>Tel.: (212) 556-2100<br>Fax.: (212) 556-2222 |

July 9, 2024

<u>VIA ECF</u>

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2104
New York, NY 10007

Re: <u>Emigrant Bank, et al. v. SunTrust Bank, et al.</u>, No. 1:20-cv-02391-PGG-OTW

Dear Judge Gardephe:

    Pursuant to Rule IV(H) of Your Honor's Individual Rules of Practice in Civil Cases, the Parties in the above-captioned action write jointly to respectfully inform the Court that the Parties' pre-motion letters regarding their anticipated motions for summary judgment (ECF Nos. 157, 158, 160, 161) were fully briefed on February 28, 2024 and have now been pending before the Court for more than 120 days.

    The Parties appreciate the Court's attention to this matter.

Respectfully submitted,

| | |
|---|---|
| <u>/s/ Corey Worcester</u> | <u>/s/ Kenneth B. Fowler</u> |
| Corey Worcester<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP | Kenneth B. Fowler<br>KING & SPALDING LLP |
| *Counsel for Plaintiffs Emigrant Bank and Pacific Mercantile Bank* | *Counsel for Defendants SunTrust Bank and Truist Bank* |