UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMIGRANT BANK AND PACIFIC
MERCANTILE BANK,

                      Plaintiffs,

      - against -

SUNTRUST BANK, TRUIST BANK, and
DOES 1-10, inclusive,

                      Defendants.

**ORDER**

20 Civ. 2391 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      A conference will take place on **Friday, July 26, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         July 19, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge