**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

EMIGRANT BANK AND PACIFIC MERCANTILE BANK,

                Plaintiffs,

    -against-

SUNTRUST BANK et al.,

                Defendants.

----------------------------------------------------------x

20-cv-2391 (PGG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 199.

On February 2, 2024, the parties filed a joint letter regarding Plaintiffs' anticipated motion to compel production of (1) documents on Defendant Truist's privilege log that had been withheld under an assertion of common interest privilege, and (2) correspondence with non-party Preferred Bank. (ECF 154). On July 24, 2024, the Court directed the parties to refile ECF 154 as a letter motion. (ECF 187).

On August 21, 2024, the parties wrote jointly to notify the court that the disputes outlined in ECF 154 have been resolved. (ECF 199). Specifically, the parties reference: (1) the Court's order of April 11, 2024, ordering a limited deposition of Mr. De Jesus-Caballero (ECF 169); and (2) the Court's May 2, 2024 order on the record, denying Defendant Truist's own request for production of correspondence with non-party Preferred Bank, without prejudice to renewing the motion closer to trial (ECF 173).

Because the parties have resolved these issues successfully without the Court's involvement, the request at ECF 154 is denied as moot. The parties need not refile ECF 154 as a motion.

**SO ORDERED.**

Dated: September 5, 2024,
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge