

Andrea Levin Kim
6363 Woodway Drive, Suite 700
Houston, TX 77057
(713) 917-0024 Office
(713) 917-0026 Fax
Andrea.Kim@dtlawyers.com

September 27, 2024

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2204
New York, NY 10007

Re: Emigrant Bank, et al. v. SunTrust Bank, et al., No. 1:20-cv-02391-PGG-OTW—
Joining in Plaintiffs' Unopposed Request to Extend Deposition Deadline

Dear Judge Gardephe:

Third-party Virgo Investment Group, LLC ("VIG") respectfully writes to join in the request brought by Plaintiffs Emigrant Bank and Pacific Mercantile Bank (collectively, "Plaintiffs") to extend the October 10, 2024 deadline to depose VIG witnesses to November 8, 2024 (ECF 203).

The parties and VIG have diligently worked to schedule the depositions of VIG witnesses but have encountered scheduling issues based upon the Jewish high holidays, witness availability, and work travel of counsel.

We respectfully request that the Court grant the Plaintiffs' extension request today as currently, a deposition is scheduled for this Monday morning, September 30, 2024, in New York. The witness lives in California and the attorneys defending the deposition live in Texas. If Plaintiffs' request is granted, the parties and VIG agreed that this deposition will be rescheduled to a later date. Therefore, if the extension request is not granted today, the parties may waste resources and incur unnecessary costs traveling and preparing for a deposition that may ultimately not go forward.



Respectfully Submitted,

DANIELS & TREDENNICK, PLLC

*/s/ Andrea Levin Kim*
Andrea Levin Kim