# EXHIBIT 16

*Draft of June 26, 2016*

ACTION BY UNANIMOUS WRITTEN CONSENT
OF
THE BOARD OF MANAGERS
OF
OUR ALCHEMY, LLC

June [●], 2016

The undersigned, being the members of the Board of Managers (the "**Board**") of Our Alchemy, LLC, a Delaware limited liability company (the "**Company**"), pursuant to the Delaware Limited Liability Company Act (the "**Act**") and the Third Amended and Restated Limited Liability Company Agreement of Company, hereby consent in writing to the adoption of the following resolutions.

WHEREAS, in connection with its ongoing and regular assessment of the financial and operational condition of the Company and the Company's business, including the historical performance of the Company, the assets and liquidity of the Company, pending litigation against the Company, current and long-term liabilities of the Company, and market conditions, the Company has sought to consider and develop its strategic alternatives;

WHEREAS, the Board has had an opportunity to consult with the Company's management and financial and legal advisors to fully consider each of the strategic alternatives available to the Company, including without limitation the pursuit of a consensual restructuring transaction with the Company's senior lender group (the "**Senior Lenders**"), a sale of substantially all of the Company's assets, third-party debtor-in-possession financing, and other bankruptcy and non-bankruptcy alternatives;

WHEREAS, prior to the date hereof, the Senior Lenders have: (i) commenced exercising remedies under their loan documents, including the sweeping of the Company's cash; (ii) declined to offer debtor-in-possession financing or make any further commitment with respect to a consensual restructuring of the Company's obligations to the Senior Lenders; and (iii) declined to consent to an indicative proposal for third-party debtor-in-possession financing to the Company;

WHEREAS, the Board has considered authorizing the filing of petitions by the Company in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") seeking relief under the provisions of chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101et seq. (as amended, the "**Bankruptcy Code**"); and

WHEREAS, the Board desires to approve the following resolutions.

### Commencement of Chapter 7 Case

NOW, THEREFORE, BE IT RESOLVED, that in the good faith business judgment of the Board, it is in the best interest of the Company and its subsidiaries and their respective creditors,

employees, stakeholders, and other interested parties, that the Company and its subsidiaries file a voluntary petition for relief under Chapter 7 of the Bankruptcy Code; and further

RESOLVED, that each of the officers of the Company and any of their designees (collectively, the "**Officers**") shall be and hereby are authorized, empowered, and directed, in the name and on behalf of the Company to: (i) execute and verify voluntary petitions for relief under the Bankruptcy Code; and (ii) cause the same to be filed (the "**Chapter 7 Case**") in the Bankruptcy Court, in such form and at such time as such Officer executing the petition shall determine; and further

RESOLVED, that the Officers shall be and hereby are authorized, empowered, and directed, on behalf of and in the name of the Company, to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary to commence the Chapter 7 Case and obtain relief under the Bankruptcy Code, and to take any and all further acts and deeds that the Officers deem necessary or proper to obtain such relief, including, without limitation, any action necessary to facilitate the administration of the Chapter 7 Case and to protect and preserve all documents, records and assets of the Company pending the appointment of a chapter 7 trustee; and further

## Engagement of Professionals

RESOLVED, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, the law firm of Morris, Nichols, Arsht & Tunnell LLP to represent the Company as general bankruptcy counsel on the terms set forth in its engagement letter with the Company and to represent and assist the Company in preparing and filing the petitions and related forms, schedules, lists, statements and other papers or documents; and further

RESOLVED, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, EPIC Systems, Inc. to assist with the preparation of schedules, statements of financial affairs, a creditor matrix, and other necessary forms, pleadings, statements, or other filings for and in the Chapter 7 Case and in other related matters on such terms and conditions as the Officers of the Company shall approve; and further

RESOLVED, that the Officers shall be and hereby are authorized, empowered, and directed to employ, on behalf of the Company, such other counsel, financial advisors, or other professionals as may be prudent and desirable in connection with the Chapter 7 Case on such terms and conditions as the Officers of the Company shall approve; and further

## General Authorization and Ratification

RESOLVED, that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and further

2

Confidential
ALC00162204

RESOLVED, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, certificate, or document has been specifically authorized in advance by resolution of the Board; and further

RESOLVED, that delivery of an executed counterpart of a signature page to this Unanimous Written Consent by facsimile or pdf attachment to electronic mail shall be effective as delivery of a manually executed counterpart to this Unanimous Written Consent; and further

RESOLVED, that each of the Officers (and their designees and delegates) be and hereby are authorized, empowered, and directed to take all actions or to not take any action in the name of the Company with respect to the actions and transactions contemplated by these resolutions hereunder as the sole shareholder, member or managing member of each direct and indirect subsidiary of the Company, in each case, as such Officer shall deem necessary, advisable, or desirable in such Officers' reasonable business judgment as may be necessary or convenient to effectuate the purposes of the actions and transactions contemplated herein.

*   *   *   *

Confidential
ALC00162205

      The undersigned, being the members of the Board of Managers of the Company, hereby consent to, approve, and adopt the foregoing as of the date first above written.

DocuSigned by:

*Jesse Watson*

Jesse Watson

3A405AEC0B7540B...

Mark Perez

Todd Dorfman

4

Confidential
ALC00162206