# EXHIBIT 29

```
                                                         Page 1

 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF NEW YORK
 2
 3   EMIGRANT BANK; AND PACIFIC    )
     MERCANTILE BANK,              )
 4                                 )
           Plaintiffs,             )
 5                                 )
     vs.                           )Civil Action No.:
 6                                 )1:20-cv-02391-PGG-OTW
     SUNTRUST BANK; TRUIST BANK;   )
 7   AND DOES 1 THROUGH 10,        )
     INCLUSIVE,                    )
 8                                 )
           Defendants.             )
 9                                 )
     _____)
10
11             VIDEOTAPED DEPOSITION OF
12              JUAN DE JESUS-CABALLERO
13                (Taken by Plaintiffs)
14             Charlotte, North Carolina
15               Wednesday, May 1, 2024
16
17
18             Reported in Stenotype by
          Kristy L. Clark, RPR, NV CCR #708,
19        CA CSR #13529, NC Notary #201807900150
20
21
22
23
24
25
```

```
                                                        Page 2
 1                      APPEARANCES
 2   ON BEHALF OF THE PLAINTIFFS:
 3              GARY GANS, ESQUIRE
                SHANE FLANAGAN, ESQUIRE
 4              QUINN EMANUEL URQUHART & SULLIVAN
                865 South Figueroa Street
 5              10th Floor
                Los Angeles, California 90017
 6              (213) 443-3000
                garygans@quinnemanuel.com
 7
 8   ON BEHALF OF THE DEFENDANTS SUNTRUST BANK AND TRUIST
     BANK:
 9
                DAVID TETRICK, JR., ESQUIRE
10              KING & SPALDING
                1185 Avenue of the Americas
11              New York, New York 10036
                (212) 556-2235
12              dtetrick@kslaw.com
13
14   THE VIDEOGRAPHER:  DAVID COOPER
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

1  VIDEOTAPED DEPOSITION OF JUAN DE
2  JESUS-CABALLERO, a witness called on behalf of
3  Plaintiffs, before Kristy L. Clark, Registered
4  Professional Reporter and Notary Public, in and for the
5  State of North Carolina, appearing from 300 South Tryon
6  Street, Suite 1700, Charlotte, North Carolina, on
7  Wednesday, May 1, 2024, commencing at 1:11 p.m.

```
                                                        Page 24
 1        Q.   What was discussed with counsel about the
 2   reputational risk?
 3        A.   It would be an exact same discussion; so I
 4   would not remember the specifics.
 5        Q.   Are you aware of whether the concern about
 6   reputational harm is documented anywhere?
 7        A.   I'm not aware of it.
 8        Q.   In your previous deposition, you mentioned a,
 9   quote, "negative damages award," closed quote.
10             Do you recall that?
11        A.   I do.
12        Q.   Is that the same thing that you were talking
13   about earlier today, it was actually with counterclaims
14   with Virgo?
15        A.   And potential litigation, yes.  It was a
16   layman's answer to -- appears to be a legal issue, so
17   just my words, but yes.
18        Q.   Were you aware of any basis for a
19   counterclaim by Virgo?
20        A.   If you're asking me if I did any legal
21   research, no.
22        Q.   Were you aware of any reason that Virgo might
23   sue SunTrust or, later, Truist?
24        A.   Not specifically, no.
25        Q.   Were you concerned about anything that
```

Page 25

1   SunTrust or, later, Truist did that could possibly be
2   the subject of a counterclaim?
3        A.   No.
4        Q.   Did you discuss with anyone -- let me ask
5   it -- did anyone that you spoke to mention any possible
6   basis for a counterclaim by Virgo against SunTrust or
7   Truist?
8        A.   No.
9        Q.   Did you think that there was a risk of having
10  to pay Virgo's legal fees if SunTrust sued Virgo?
11       A.   Yes, it's always possible.
12       Q.   You said it's always possible.  Is there
13  anything in this case that led you to be concerned
14  about whether SunTrust or Truist would have to pay
15  Virgo's legal fees?
16       A.   Nothing specifically.
17       Q.   Did you discuss that with counsel?
18       A.   In the context of discussing all potential
19  risks, yes.
20       Q.   What did counsel say about the risk of having
21  to pay Virgo's legal fees?
22            MR. TETRICK:  Hold on, sir.  I'm going to
23  instruct you not to answer that question based on
24  Truist attorney-client privilege.
25            THE WITNESS:  I will not answer that question

```
                                                        Page 59
 1        A.    I don't recall that specific conversation.
 2        Q.    In -- in your opinion, would filing a lawsuit
 3   against Virgo be contrary to any loan document?
 4        A.    I don't have an opinion on that.
 5        Q.    In your opinion, would filing a lawsuit
 6   against Virgo be contrary to applicable law?
 7        A.    I believe we've covered this in terms of the
 8   automatic stay.
 9        Q.    Okay.  Other than the automatic stay, are you
10   aware of any way in which filing a lawsuit against
11   Virgo would have been contrary to applicable law?
12        A.    I'm not personally aware of it.
13              MR. GANS:  Okay.  Can we go off the record
14   for a second?
15              THE VIDEOGRAPHER:  The time is approximately
16   2:42:34 p.m.  We are now off the record.
17                 (Whereupon a short recess was taken.)
18              THE VIDEOGRAPHER:  The time is approximately
19   2:49:33 p.m.  We are now on the record.
20   BY MR. GANS:
21        Q.    Okay.  I apologize if I asked you this
22   before, but I can't find my specific note.
23              Are you aware of anyone at SunTrust other
24   than yourself who had the opinion that filing a lawsuit
25   against Virgo would expose SunTrust to liability or be
```