UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMIGRANT BANK AND PACIFIC MERCANTILE BANK.,<br><br>                                  Plaintiffs,<br><br>           -against-<br><br>SUNTRUST BANK, TRUIST BANK, and DOES 1-10, inclusive,<br><br>                                  Defendants. | 1:20-CIV-2391 (PGG) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Christopher Newcomb of Allen Overy Shearman Sterling US LLP, a member of this Court in good standing, hereby enters an appearance as counsel for Virgo Investment Group LLC, Virgo Societas Partnership III (Offshore), L.P., and Virgo Societas Partnership III (Onshore), L.P. in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
           August 29, 2025

                    Respectfully submitted,

                    ALLEN OVERY SHEARMAN STERLING US LLP

                    By:  /s/ Christopher Newcomb
                           Christopher Newcomb
                           599 Lexington Avenue
                           New York, New York 10022
                           Tel: (212) 610-6334
                           Email: chris.newcomb@aoshearman.com

                    *Attorneys for non-parties Virgo Investment Group LLC, Virgo Societas Partnership III (Offshore), L.P., and Virgo Societas Partnership III (Onshore), L.P.*