# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

September 9, 2025

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Gardephe:

      Pursuant to Your Honor's Individual Rules of Practice § II.B, Defendant Truist Bank, successor by merger to SunTrust Bank ("Truist"), moves for approval of the redaction of limited portions of Truist's response to Plaintiffs' letter regarding their anticipated motion for partial summary judgment, ECF 222, filed concurrently herewith ("Response Letter"). Non-party Virgo Investment Group ("VIG") has moved to seal certain exhibits cited in Plaintiffs' letter and corresponding redactions referencing the content of those exhibits in Plaintiffs' letter. ECF 226. The motion remains pending before Judge Wang. The proposed redactions in Truist's Response Letter redact reference to the content of exhibits VIG has moved to seal and to proposed redactions in Plaintiffs' letter.

      Accordingly, Truist requests that the Court permit sealing of redactions to Truist's Response Letter pending the determination of VIG's motion to seal.

      Respectfully submitted,

      <u>/s/ David Tetrick</u>
      David Tetrick
      *Counsel for Truist Bank,*
      *successor by merger to SunTrust Bank*

cc:    All Counsel of Record via ECF