**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7471**

WRITER'S EMAIL ADDRESS
**coreyworcester@quinnemanuel.com**

September 12, 2025

<u>**VIA ECF**</u>

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2104
New York, NY 10007

Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
Court Room 20D
500 Pearl Street
New York, NY 10007-1312

Re:   <u>*Emigrant Bank, et al. v. SunTrust Bank, et al.*</u>, No. 1:20-cv-02391-PGG-OTW

Dear Judge Gardephe and Magistrate Judge Wang:

      On September 9, 2025 Plaintiffs Emigrant Bank and Pacific Mercantile Bank filed a letter opposing Defendants' letter seeking leave to file a motion for summary judgment (ECF Nos. 233, 234, "Plaintiffs' Opposition Letter"). Plaintiffs filed Exhibit 9 to their Opposition Letter under seal and redacted portions of their Opposition Letter in an abundance of caution, because Virgo Investment Group LLC ("VIG") had not responded to Plaintiffs' inquiry as to VIG's position regarding whether Exhibit 9 reflected information VIG considered to be confidential.

      We write to inform the Court that VIG has advised Plaintiffs that it does not assert that the document filed as Exhibit 9 reflects confidential information such that it should be sealed. As Exhibit 9 can now be filed publicly, and Plaintiffs' Opposition Letter can now be filed without redactions, Plaintiffs will promptly re-file their Opposition Letter and all exhibits publicly if so instructed by the Court.

Respectfully submitted,

*/s/ Corey Worcester*
Corey Worcester

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH