**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849-7000

**KING & SPALDING LLP**
1290 Avenue of the Americas,
14th Floor
New York, NY 10104
Tel.: (212) 556-2100

November 12, 2026

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2204
New York, NY 10007

Re: *Emigrant Bank, et al. v. SunTrust Bank, et al.*, No. 1:20-cv-02391-PGG-OTW— Joint Request for Filing Fully Briefed Summary Judgment Motions

Dear Judge Gardephe:

We write on behalf of Plaintiffs Emigrant Bank and Pacific Mercantile Bank (together, "Plaintiffs") and Defendant Truist Bank, successor by merger to Defendant SunTrust Bank ("Truist," and together with Plaintiffs, the "Parties").

Pursuant to the order setting the summary judgment briefing schedule (ECF 245), the Parties' replies in support of their motions are due on November 20, 2026. The Parties intend to serve their reply papers on November 20, 2026, but they jointly request that the Court enter an order granting leave under Your Honor's "Bundling Rule" (Individual Rule of Practice IV.C) for the Parties to file their motions, oppositions, and replies and accompanying papers on ECF on November 23, 2026.

This is the Parties' first request for an extension of this deadline. This proposal would preserve the existing briefing schedule while allowing reasonable time for electronic filing on the next business day of the numerous documents exhibited to the motions, many of which may require separate sealed and public filings, coordination of Parties' filings to facilitate organization of the docket, and delivery of courtesy copies to Chambers.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Leigha Empson

Leigha Empson
QUINN EMANUEL URQUHART & SULLIVAN, LLP

*Counsel for Plaintiffs Emigrant Bank and Pacific Mercantile Bank*

/s/ Kenneth B. Fowler

Kenneth B. Fowler
KING & SPALDING LLP

*Counsel for Defendant Truist Bank, successor by merger to Defendant SunTrust Bank*